IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN ANN SANDS WEDEWARD

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                       Case No. 15-cv-25-bbc

U.S. DEPARTMENT OF LABOR and
THOMAS PEREZ,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

    /s/                                                  2/10/2015

    Peter Oppeneer, Clerk of Court                  Date